Eastern District of Kentucky
FILED

APR 16 2026

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT**

UNITED STATES OF AMERICA

V.                                              INDICTMENT NO. 26-5-GFVT-MAS

SCOTT COOMES

\* \* \* \* \*

THE GRAND JURY CHARGES:

## COUNT 1
### 18 U.S.C. § 2423(b)

On or about July 19, 2024 and continuing through July 20, 2024, in Trimble County,

in the Eastern District of Kentucky, and elsewhere,

### SCOTT COOMES

did travel in interstate commerce for the purpose of engaging in an any illicit sexual

conduct, as defined in Title 18, United States Code, Sections 2423(f), all in violation of 18

U.S.C. § 2423(b).

## COUNT 2
### 18 U.S.C. § 2251(a), (e)

On or about July 2024 and continuing through August 2024, in Trimble County, in the

Eastern District of Kentucky, and elsewhere,

### SCOTT COOMES

attempted to employ, use, persuade, induce, entice, and coerce a minor to engage in sexually

explicit conduct for the purpose of producing visual depictions of that conduct, knowing and

having reason to know that such visual depictions would be produced or transmitted using materials that had been mailed, shipped, or transmitted in or affecting interstate or foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2251(a) and (e).

### COUNT 3
### 18 U.S.C. § 2422(b)

On or about July 2024 and continuing through August 2024, in Trimble County, in the Eastern District of Kentucky, and elsewhere,

**SCOTT COOMES,**

using a facility or means of interstate or foreign commerce, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, that is, Rape in the 3rd Degree under KRS § 510.060; Sodomy in the 3rd Degree under KRS § 510.090; and Sexual Abuse in the 1st Degree under KRS § 510.110, all in violation of 18 U.S.C. § 2422(b).

### COUNT 4
### 18 U.S.C. § 2260A

On or about a date in July 2024 and continuing through a date in July 2024, the exact dates unknown, in Trimble County, in the Eastern District of Kentucky,

**SCOTT COOMES,**

an individual who was required to register by Federal and other law to register as a sex offender, committed a felony offense involving a minor, that is, Travel with the Intent to Engage in Illicit Sexual Conduct under 18 U.S.C. § 2423(b); the Attempted Production of

Visual Depictions Involving a Minor Engaged in Sexually Explicit Conduct under 18 U.S.C. § 2251(a); and Online Enticement under 18 U.S.C. § 2422(b), all in 18 U.S.C. § 2260A.

## FORFEITURE ALLEGATION
## 18 U.S.C. § 2428
## 18 U.S.C. § 2253

1.   By virtue of the commission of the offenses alleged in Counts 1 and 3 of the Indictment, **SCOTT COOMES** shall forfeit to the United States any and all interest in property, real or personal, that was used or intended to be used to commit or facilitate the commission of the violations of 18 U.S.C. §§ 2422(b) and 2423(b), and any property, real or personal, constituting or derived from proceeds obtained as a result of such violations. Any and all interest that **SCOTT COOMES** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 2428.

2.   By virtue of the commission of the offenses alleged in Count 2 of the Indictment, **SCOTT COOMES** shall forfeit to the United States any and all interest that he has in any visual depiction, or matter containing such visual depiction, that was produced, transported, mailed, shipped, or received as part of the violation of 18 U.S.C. § 2251; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the violation of 18 U.S.C. § 2251; and any property, real or personal, used or intending to be used in the commission or promotion of the violation of 18 U.S.C. § 2251 or traceable to such property. Any and all interest that **SCOTT COOMES** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 2253.

3.   The property to be forfeited includes, but is not limited to, the following:

**ELECTRONIC EQUIPMENT:**
Apple iPhone 16 Pro, Serial Number CGQ042CX90.

4.     If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL



**JASON D. PARMAN**
**FIRST ASSISTANT UNITED STATES ATTORNEY**

**ERIN M. ROTH**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:**     Not more than 30 years imprisonment, not more than a $250,000 fine, and not less than 5 years nor more than lifetime supervised release.

**COUNT 2:**     Not less than 15 years nor more than 30 years imprisonment, not more than a $250,000 fine, and not less than 5 years nor more than a lifetime term of supervised release.

If one prior conviction under chapter 110, section 1591, chapter 71, chapter 109A, or chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse,     abusive sexual contact involving a minor or ward, or sex trafficking of children, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, not less than 25 years nor more than 50 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release.

If two or more prior convictions under chapter 110, chapter 71, chapter 109A, or chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to the sexual exploitation of children, not less than 35 years nor more than life imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release.

**COUNT 3:**     Imprisonment for not less than 10 years nor more than life, fine of not more than $250,000, and supervised release for not less than 5 years nor more than life.

**COUNT 4:**     Imprisonment for 10 years served consecutively to the term of imprisonment imposed for the felony offense(s) involving a minor; a fine of not more than $250,000; and a term of supervised release of not more than 3 years.

**PLUS:**     Mandatory special assessment of $100 per count.

A mandatory special assessment of $5,000, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses, including those in chapter 110.

Pursuant to 18 U.S.C. §2259A, per count of no more than:

(1) $50,000.00 if convicted of child pornography production as defined by 18 U.S.C. §2259(c)(1), which includes offenses under 18 U.S.C. §2251(a) through (c), 2251A, 2252A(g) (in cases in which the series of felony violations involves at least 1 of the violations listed in this subsection), 2260(a) or any offense under chapter 109A or chapter 117 that involved the production of child pornography (as such term is defined in section 2256).

**PLUS:**     Restitution, if applicable.