# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION
### AT FRANKFORT

Eastern District of Kentucky
FILED

JUN 18 2026

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

## CASE REASSIGNMENT ORDER

\*\*\*  \*\*\*  \*\*\*  \*\*\*  \*\*\*  \*\*\*

Upon the Court's own motion,

**IT IS HEREBY ORDERED** that, effective as of the date of entry of this Order, the following criminal cases, currently assigned to Judge Gregory F. Van Tatenhove, are **REASSIGNED** as follows:

**Chief Judge David L. Bunning:**

United States v. Stephen Olewe, et al. 3:21-cr-18

United States v. Arthur George Wildman, et al. 3:25-cr-8

United States v. Edward Long 3:25-cr-15

United States v. Billy Noel 3:26-cr-3

United States v. Sabina Trivette 3:26-cr-6

United States v. Daniel Lee Phillips 3:26-cr-7

**Judge Karen K. Caldwell:**

United States v. Desmond Elijah Bellomy 3:24-cr-12

United States v. James L. Shuck 3:25-cr-11

United States v. Timonthy Scott Acker 3:25-cr-16

United States v. Victor Junior Aguliar-Madrid 3:26-cr-4

United States v. Scott Coomes 3:26-cr-5

United States v. Alfoso Garcia-Ruiz, et al. 3:26-cr-8

**IT IS FURTHER ORDERED** that the Clerk shall file this Order in each of the respective cases identified in this Order.

This 18th day of June, 2026.



**Signed By:**

**_David L. Bunning_**    _DB_

**Chief United States District Judge**

G:\Judge-DLB\DATA\CHIEF JUDGE\Order reassigning Frankfort Criminal.docx